UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NATIVIDAD PEREZ                                                                              PLAINTIFF

v.                                      No. 2:17-CV-02162

MIAN ENTERPRISES, INC. d/b/a
Hugs & Biscuits #3; and ANWAR
AHMAD                                                                                       DEFENDANTS

## JUDGMENT

For the reasons set out in the Court's opinion and order entered on this date, and the opinion and order (Doc. 17) entered on August 1, 2018, IT IS HEREBY ADJUDGED:

Defendant Anwar Ahmad is entitled to judgment on Plaintiff Natividad Perez's Federal Labor Standards Act and Arkansas Minimum Wage Act claims against him, and those claims are DISMISSED WITH PREJUDICE.

Plaintiff Natividad Perez is entitled to judgment on her Federal Labor Standards Act and Arkansas Minimum Wage Act claims against Defendant Mian Enterprises, Inc. in the amount of $5,820.17 in unpaid wages and $5,820.17 in liquidated damages, for a total amount of $11,640.34. Post-judgment interest will accrue at a rate of 2.67%.

Plaintiff Natividad Perez is further entitled to attorney's fees in the amount of $7,000 and costs in the amount of $480.67.

IT IS SO ADJUDGED this 26th day of October, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE